**DAMICO, DEL SARDO, & MONTANARI, LLC**
300 Lackawanna Avenue
West Paterson, New Jersey 07424
(973) 785-8181 / (973) 785-8182
Attorneys for Defendant, Lelis Fermin
File No.: CR-0374

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| -vs.- | |
| | CRIMINAL NO.: 07-00401(WHW) |
| LELIS FERMIN, | **CONSENT ORDER** |

**THIS MATTER** having come before the Court on an application by Damico, Del Sardo & Montanari, LLC, attorneys for Defendant Lelis Fermin and said application/request having been consented to by the United States Attorney's Office, and for good cause shown;

IT IS on this ___ day _____ of 2011,

**ORDERED** that Pre-Trial Services shall return the Defendant Lelis Fermin's passport by mailing same to him at his home address within ten (10) days of the service of this Order upon Pre-Trial Services so that he may renew same and receive a new green card; and it is further

**ORDERED** that the Defendant Lelis Fermin be allowed to travel to the Dominican Republic from December 20, 2011 to January 2, 2012 in order to see his father who is ill; and it is further

**ORDERED** that a copy of this Order will immediately be served on Pre-Trial Services.

_____
WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

We hereby consent to the entry of this Order.

_____
Anthony J. Mahajan, AUSA

S / Darren J. Del Sardo
_____
Darren J. Del Sardo, Esq.